UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK JESUS ODEN,

    Plaintiff,

  v.

E. SANTANA, et al.,

    Defendants.

Case No. 17-cv-05853-YGR (PR)

**ORDER**

Plaintiff's motion for an enlargement of time to prepare a response to Defendants' answer is DENIED. Dkt. 36. Plaintiff need not respond to Defendants' answer.

Defendants are reminded that they must file a motion for summary judgment, or other dispositive motion, by no later than **August 1, 2018**. Plaintiff shall file an opposition, or notice of non-opposition, within **twenty-eight (28) days** of receiving Defendants' motion, and Defendants shall file a reply to any opposition within **fourteen (14) days** thereafter.

This Order terminates Docket No. 36.

IT IS SO ORDERED.

Dated: July 10, 2018

YVONNE GONZALEZ ROGERS
United States District Judge