UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK JESUS ODEN,<br><br>    Plaintiff,<br><br>    v.<br><br>E. SANTANA, et al.,<br><br>    Defendants. | Case No. 17-cv-05853-YGR (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUESTS FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

    Plaintiff has filed requests for an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's requests, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's requests for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **twenty-eight (28) days** from the date of this Order.

    Defendants shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket Nos. 49 and 50.

    IT IS SO ORDERED.

Dated: November 13, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge